UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LIN KWOK KEUNG,  :

              Plaintiff,  :  19 Civ. 4589 (PGG) (GWG)

  -v.-  :

                                                   :  ORDER
SUN HOP LEE, INC., et al.,
                                                 :

              Defendants.  :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The Court previously required plaintiff to show cause why this case should not be dismissed with prejudice pursuant to Fed. R. Civ. P. 41 in light of his failure to comply with a court-ordered deadline. (Docket # 32). The deadline to show cause was April 1, 2020. (Docket # 34). Plaintiff's request for a stay of the case was denied. (Docket ## 36, 37).

      No response to the Order to Show Cause has been filed. While the case could properly be dismissed at this point, the Court will sua sponte extend the deadline for response to April 8, 2020. Plaintiff is warned that failure to comply with this Order may result in and of itself dismissal of this case.

      SO ORDERED.

Dated: April 2, 2020
       New York, New York

                                                      _____
                                                      GABRIEL W. GORENSTEIN
                                                      United States Magistrate Judge