UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LIN KWOK KEUNG,                                              :
                                                             :
                    Plaintiff,                               :   19 Civ. 4589 (PGG) (GWG)
                                                             :
    -v.-                                                     :
                                                             :   ORDER
SUN HOP LEE, INC., et al.,                                   :
                                                             :
                    Defendants.                              :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The plaintiff's response to the Court's Order to Show Cause (Docket # 32) does little to explain why counsel thought he could simply ignore the Court's order rather than seeking an extension of the required deadline.  Nonetheless, the Court will reluctantly grant an extension to May 8, 2020, to file the pretrial order materials required by Section X. of Judge Gardephe's Individual Practices.  If the materials are not filed by that date, this case may be dismissed without further notice.

      The plaintiff's response also contains a request to resolve certain discovery disputes.  Discovery closed on January 10, 2020 (Docket # 29). The Court never extended that deadline.  Any dispute regarding discovery was required to be presented to the Court prior to that deadline.  See Docket # 23, par. 8 ("All discovery (including requests for admission and any applications to the court with respect to the conduct of discovery) must be initiated in time to be concluded by the deadline for all discovery."); see also Owen v. No Parking Today, Inc., 280 F.R.D. 106, 112 (S.D.N.Y. 2011) ("A party ordinarily must file a motion to compel before the close of discovery and if it fails to do so, the motion will be deemed untimely.").  Accordingly, plaintiff's request to resolve any discovery disputes is denied.

      SO ORDERED.

Dated: April 15, 2020
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge