UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LIN KWOK KEUNG,                                       :

                                                       :
            Plaintiff,                                19 Civ. 4589 (PGG) (GWG)
                                                       :
   -v.-
                                                       :    ORDER
SUN HOP LEE, INC., et al.,
                                                       :

            Defendants.                               :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      On April 15, 2020, the Court granted an extension to May 8, 2020, to file the pretrial order materials required by Section X. of Judge Gardephe's Individual Practices. (Docket # 43).  The Court warned that "[i]f the materials are not filed by that date, this case may be dismissed without further notice."  The parties made a filing on May 8, 2020 (Docket # 44), but the filing did not include any of the materials required by paragraph X.B of Judge Gardephe's Individual Rules of Practice.  It also failed to comply with the signature requirement of Fed. R. Civ. P. 11(a).

      The Court will sua sponte grant an extension until May 21, 2020, to file all the materials required by Section X. of Judge Gardephe's Individual Practices and in proper form.  Once again, in light of the plaintiff's repeated failures to comply with court orders, the Court warns that if the materials are not filed by that date, this case may be dismissed without further notice.

      SO ORDERED.

Dated: May 14, 2020
      New York, New York

                                                _____
                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge